IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 04-20437-M1 |
| ) | |
| RICHARD RYAN SHAWN MITCHELL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon oral motion of the United States, count one of the Indictment against the above-named defendant is hereby ordered DISMISSED.

IT IS SO ORDERED this _12_ day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Approved:

Frederick H. Godwin
AUSA

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20437 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT